NUMBER
13-05-250-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

___________________________________________________________________

 

ROBIN DUTTON,                                                      Appellant,

 

                                           v.

 

CERIDIAN CORPORATION,                                         Appellee.

___________________________________________________________________

 

                  On appeal from the 295th
District Court

                            of Harris
County, Texas.

___________________________________________________________________

 

                     MEMORANDUM OPINION

 

   Before Chief Justice Valdez and
Justices Hinojosa and Castillo

                       Memorandum Opinion Per
Curiam

 

Appellant, ROBIN DUTTON, perfected an appeal from a
judgment entered by the   295th
District Court of Harris County, Texas, in cause number 2003-65416.  The clerk=s record was filed on May 11, 2005.  No reporter=s record was filed.  Appellant=s brief was due on June 10, 2005.  To date, no
appellate brief has been received.








When the appellant has failed to file a brief in the time prescribed,
the Court may dismiss the appeal for want of prosecution, unless the appellant
reasonably explains the failure and the appellee is not significantly injured
by the appellant=s failure to timely
file a brief.  Tex. R. App. P. 38.8(a)(1).

On June 16, 2005, notice was given to all parties that
this appeal was subject to dismissal pursuant to Tex. R. App. P. 38.8(a)(1). 
Appellant was given ten days to explain why the cause should not be
dismissed for failure to file a brief. 
To date, no response has been received.

The Court, having examined and fully considered the documents on file,
appellant=s failure to file a
proper appellate brief, this Court=s notice, and
appellant=s failure to respond,
is of the opinion that the appeal should be dismissed for want of
prosecution.  The appeal is hereby
DISMISSED FOR WANT OF PROSECUTION.

PER CURIAM

 

Memorandum Opinion
delivered and filed

this the 28th
day of July, 2005